Melbalynn Fisher, Esq. (SBN 114230)
GHIDOTTI | BERGER LLP
1031 North Miami Beach Boulevard
North Miami Beach, FL 33162
Tel: (305) 501-2808
Fax: (954) 780-5578
bknotifications@ghidottiberger.com

Attorneys for Creditor
U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Igloo Series V Trust

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA– WEST PALM BEACH DIVISION

| | |
|---|---|
| In Re:<br>William Bradley Langel<br>Jamie Claire Langel,<br><br>    Debtors. | Case No.: 21-11213-MAM<br>CHAPTER 13<br><br>**U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Igloo Series V Trust**<br>**REQUEST FOR SPECIAL NOTICE** |

TO:  UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL

      INTERESTED PARTIES

    **PLEASE TAKE NOTICE** that GHIDOTTI BERGER LLP attorneys for U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Igloo Series V Trust, hereby requests special notice of all events relevant to the above referenced bankruptcy and copies of all pleadings or documents filed in relation to the above referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections,

1  and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which
2  must be noticed to creditors, creditors' committees and parties-in-interest and other notices as
3  required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-
4  referenced bankruptcy court.

5        GHIDOTTI BERGER LLP, requests that for all notice purposes and for inclusion in the
6  Master Mailing List in this case, the following address be used:

7        Melbalynn Fisher, Esq. (SBN 114230)
      GHIDOTTI | BERGER LLP
8        1031 North Miami Beach Boulevard
      North Miami Beach, FL 33162
9        Tel: (305) 501-2808 Fax: (954) 780-5578
10       bknotifications@ghidottiberger.com

11       Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,
12 proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a
13 waiver of the within party's:
14       a.    Right to have any and all final orders in any and all non-core matters entered
15 only after de novo review by a United States District Court Judge;
16       b.    Right to trial by jury in any proceeding as to any and all matters so triable
17 herein, whether or not the same be designated legal or private rights, or in any case,
18 controversy or proceeding related hereto, notwithstanding the designation or not of such
19 matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial
20 right is pursuant to statute or the United States Constitution;
21       c.    Right to have the reference of this matter withdrawn by the United States
22 District Court in any matter or proceeding subject to mandatory or discretionary withdrawal;
23 and
24       d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to
25 which this party is entitled under any agreements at law or in equity or under the United States
26 Constitution.
27 //
28 //

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated:  May 10, 2022

GHIDOTTI | BERGER LLP
By:/s/ Melbalynn Fisher, Esq.
Melbalynn Fisher, ESQ.
U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Igloo Series V Trust

**CERTIFICATE OF SERVICE**

On May 10, 2022, I served the foregoing documents described as request for special notice on the following individuals by electronic means through the Court's ECF program:

Justin Andrew Lefko justin@htllfirm.com
Colin V Lloyd ecolin@hosklaw.com, lloydcr97422@notify.bestcase.com
Nicole M Noel bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com
Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
Harry J Ross hross@hjrlaw.com, jerri@hjrlaw.com
Robin R Weiner ecf@ch13weiner.com, ecf2@ch13weiner.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kaitlyn May
Kaitlyn May

On May 10, 2022, I served the foregoing documents described as request for special notice on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
William Bradley Langel and Jamie Claire Langel
1881 SE Camden St.
Port Saint Lucie, FL 34952

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kaitlyn May
Kaitlyn May